# United States Court of Appeals
## For The District of Columbia Circuit

_____

| | |
|---|---|
| **No. 22-5342** | **September Term, 2023** |
| | 1:20-cv-03338-JEB |
| | **Filed On: January 22, 2024** |

Cato Institute,

      Appellant

    v.

Federal Bureau of Investigation and United
States Department of Justice,

      Appellees

**BEFORE:**    Srinivasan, Chief Judge, and Millett and Wilkins, Circuit Judges

## O R D E R

Upon consideration of appellant's motion for remand, it is

**ORDERED** that the motion be granted and this case be remanded to the district court for further proceedings in light of the district court's January 9, 2024 indicative ruling.

The Clerk is directed to issue the mandate forthwith.

### Per Curiam

                **FOR THE COURT:**
                Mark J. Langer, Clerk

      BY:    /s/
                Scott H. Atchue
                Deputy Clerk